UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC COURTNEY HUNTER,<br><br>Defendant. | Case No. 1:17-cr-00037-BLW<br><br>**ORDER** |

**ORDER**

The Court orders that the Marshals send the above-named defendant to the Bureau of Prisons pending designation.

DATED: February 21, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 1**